Exhibit A

