UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMILY KOZLOW**,<br>          Plaintiff,<br>    v.<br>**HANGTIME, INC.**,<br>          Defendant. | Case No. 14-cv-02249-YGR<br><br>**ORDER IN ADVANCE OF CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement (Dkt. No. 34), and time being of the essence as non-expert discovery closes on February 13, 2015, the Court hereby issues the following orders and responses to an informal request set forth therein:

1. **Class Certification:** The Court declines to entertain an oral motion as to the adequacy of a class certification motion and declines to find that the class allegations should be stricken for failure of the plaintiff to bring a class certification motion last fall. The parties jointly advised the Court that they believed this case would be resolved as part of a multi-district litigation (Dkt. No. 29), which apparently did not happen (Dkt. No. 34). Given that the Court did not impose a hard deadline for the motion in its scheduling order (Dkt. No. 32), the defendant could have sought the Court's assistance last fall and did not.

2. **Settlement Conference:** The parties are hereby **REFERRED** to Magistrate Judge Joseph Spero for a mandatory settlement conference to be held on **March 19, 2015**. Magistrate Judge Spero will contact the parties directly.

3. **Order to Show Cause:** An Order to Show Cause hereby issues as to why each party should not be sanctioned for failing to comply with this Court's Case Management and

1 Pretrial Order (Dkt. No. 32) requiring that private mediation be completed by January 16, 2015. The parties will be allowed to address the issue orally at the case management conference on February 9, 2014 at 2:00 p.m. in Courtroom 1 of the United States District Court in Oakland, California.

4. **Referral to Magistrate Judge for All Discovery:** The parties are hereby **REFERRED** to Magistrate Judge Kandis Westmore for all discovery matters.

**IT IS SO ORDERED.**

Dated: February 3, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: MagRef Email;   Magistrate Judge Joseph Spero
                    Magistrate Judge Kandis Westmore

2