UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMILY KOZLOW**,<br>　　　　Plaintiff,<br>　　v.<br>**HANGTIME, INC.**,<br>　　　　Defendant. | Case No. 14-cv-02249-YGR<br><br>**ORDER SETTING COMPLIANCE HEARING** |

In light of the parties' representations at the February 9, 2015 Order to Show Cause Hearing and Case Management Conference, the Order to Show Cause (Dkt. No. 35) is hereby discharged and a compliance hearing regarding discovery deadlines shall be held on Friday, **February 27, 2015** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

By **February 17, 2015**, the parties shall file either: (a) a joint stipulation for the Court's approval including the parties' agreements with respect to any additional discovery to be conducted after the March 19, 2015 settlement conference if the case does not settle as a result of that conference; or (b) a one-page joint statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: February 9, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**