Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
David M. Berger (State Bar No. 277526)
dmb@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor52
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

Phillip A. Bock (admitted Pro Hac Vice)
Richard J. Doherty (admitted Pro Hac Vice)
James M. Smith (admitted Pro Hac Vice)
**BOCK & HATCH, LLC**
134 N. La Salle Street, Suite 1000
Chicago, Illinois 60602
Phone: (312) 658-5500
Fax: (312) 658-5555

*Attorneys for Plaintiff*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
4/7/15

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| EMILY KOZLOW, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HANGTIME, INC.,<br><br>Defendant. | Case No. 4:14-cv-02249-YGR<br><br>**STIPULATION OF DISMISSAL** |

On March 19, 2015, the Parties attended a settlement conference with U.S. Magistrate Judge Spero.  (*See* Minute Entry, Dkt. No. 47.)  With Judge Spero's assistance, the parties agreed to settle the matter on the following terms:

(1) Hangtime agrees to pay Plaintiff the sum of $1,500, the maximum amount that she could have recovered individually under the Telephone Consumers Protection Act.

(2) Plaintiff agrees to dismiss the complaint with prejudice.

1     (3)    The class allegations shall be dismissed without prejudice.

2     (4)    Each party shall bear its own attorneys' fees and costs.

3     (5)    On the record, Hangtime declared the authenticity of financial records it produced in discovery.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Emily Kozlow and Defendant Hangtime, Inc. hereby stipulate to voluntarily dismiss this action with prejudice.

| Dated: March 31, 2015 | Dated: March 31, 2015 |
|---|---|
| By: /s/ David Berger | By: /s/ Patrick S. Thompson |
| Eric H. Gibbs<br>Dylan Hughes<br>David M. Berger<br>**GIRARD GIBBS LLP** | Patrick S. Thompson<br>Hong-An Vu<br>**GOODWIN PROCTER LLP**<br>*Attorneys for Defendant* |
| Phillip A. Bock<br>Richard J. Doherty<br>James M. Smith<br>**BOCK & HATCH, LLC**<br>*Attorneys for Plaintiff* | |

**STIPULATION OF DISMISSAL**
**CASE NO. C 14-02249 YGR**

**NOTICE OF ATTESTATION**

I, David M. Berger, attest that I am the ECF User whose ID and password are being used to file this STIPULATION AND PROPOSED ORDER.  In compliance with General Order 45, X.B., I hereby attest that Defendant's counsel, Patrick Thompson, has concurred in this filing.

Dated:  April 2, 2015

GIRARD GIBBS LLP
By: /s/ David M. Berger
Eric H. Gibbs (SBN 178658)
Dylan Hughes (SBN 209113)
David M. Berger (SBN 277526)
*Attorneys for Plaintiff Emily Kozlow*